# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 8:17-cv-00779-KES                      Date: June 23, 2017

Title: HUNG LE DOAN v. JOHN F. KELLY, ET AL

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      Order to show cause why Respondent has failed to file a Response to Petition

On May 2, 2017, Petitioner, who is represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (Dkt. 1.) On May 5, 2017, the Court issued an Order Requiring Response to the Petition. (Dkt. 5.) Respondents were directed to either (1) file a Motion to Dismiss within thirty (30) days of the date of the Order, or (2) file an Answer to the Petition within forty-five (45) days of the date of the Order. (Dkt. 5 at 2.)

On June 5, 2017, Respondents filed a stipulation for an extension of time to file an Answer to the Petition. (Dkt. 7.) Respondents claimed that they had recently been informed that ICE had arranged for Petitioner's removal from the United States "in the first half of June, 2017." (Id. at 2.) The Court extended Respondent's deadline to file an Answer to June 21, 2017. (Dkt. 8.)

As of the date of this Order, Respondents have filed neither a Motion to Dismiss nor an Answer to the Petition. **On or before July 17, 2017,** Respondent is hereby ordered to either (1) file an Answer to the Petition or (2) show cause why he failed to meet the June 21, 2017 deadline. If Petitioner has not yet been removed, Respondent should include a status update as to the progress of his removal.

Initials of Deputy Clerk JD